UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EFFICIENCY PRODUCTION, INC. ET AL.,

    Plaintiffs,

v.                                      Case No. 15-12571

BLUE CROSS BLUE SHIELD OF MICHIGAN,

    Defendant.

                                            /

**ORDER OF DISMISSAL**

On January 13, 2016, counsel informed the court staff that the parties have reached a mutually agreeable resolution to the above-captioned matter. The court expects that the terms of their resolution will be memorialized in writing forthwith. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice to the right of either party to move by **March 15, 2016**, to vacate this order if the settlement is not finalized. After **March 15, 2016**, this dismissal is with prejudice.

                                        s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: January 25, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 25, 2016, by electronic and/or ordinary mail.

                                        s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522